IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ROBERT TURNER,

    Petitioner,

v.

MICHAEL DITTMANN,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-642-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner James Robert Turner's petition for writ of habeas corpus under 28 U.S.C. § 2254.

/s/                                                                   12/20/2018

Peter Oppeneer, Clerk of Court                         Date