DOC NO
REC'D/FILED

2019 JAN 14 AM 11:42

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

James R. Turner #122766-A
Stanley Correction Institution
100 Correctional Drive
Stanley, Wisconsin
54768

Clerk Of Courts Office
United States District Court for
the Western District of Wisconsin.
120 North Henry Street, Room #302.
Madison, Wisconsin. 53703

Re: James R. Turner V. Michael Dittmann et al
Case No. 17cv-642-jdp/ Notice Of Appeal.

Dear Clerk Of Courts:

Plaese find enclosed herewith, for immediate Docketing with the Clerk of Courts office, Pro se Prisoner Petitioner **Notice Of Appeal, F.R. A. P.. Rule 10(b)(1)(B) "Statement On Transcripts" and Circuit Rule 3(c) "Docketing/Jurisdictional Statement"**. Herein please find the origional Draft(s) of these listed procedureal pleading(s), required for the initiation of Petitioner Appellate review of the District Court. 12/20/2018.

Thank You, for your time and attention hereto.

Respectfully Submitted by

*James Turner*
James R. Turner   122766-A

James Turner #122766
Stanley Correctional Institution
100 Correctional Drive
Stanley, Wisconsin
54768



SAINT PAUL MN 550

11 JAN 2019 PM 1 L

January 10, 2019

Clerk Of Court
United States District Court
of the Western District of Wisconsin
120 North Henry Street, Room#320
Madison, Wisconsin 53703

53703-430499

THIS LETTER HAS BEEN
MAILED FROM A
WISCONSIN PRISON SYSTEM

SCI-HU 5A Staff

Date of 04/10/19

122766